RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
Nevada State Bar No. 011580
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Lauren_gorman@fd.org

Attorney for DEVON CARL JORDAN-McFEELY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DEVON CARL JORDAN-MCFEELY,<br><br>          Defendant. | Case No. 3:16-cr-011-HDM-VPC<br>ORDER GRANTING<br>**STIPULATION REGARDING BUREAU OF PRISONS FACILITY DESIGNATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for DEVON CARL JORDAN-McFEELY, that having not addressed the matter of designation at the sentencing hearing in connection with this case, held on October 19, 2016, Mr. McFeely be permitted to address the matter via stipulation.

Mr. McFeely requests that this court recommend to the Bureau of Prisons that he serve his sentence at FCI Herlong in order to be near to his family. If FCI Herlong is not available,

**ORDER**

IT IS ORDERED that, having not addressed, the issue of designation at the sentencing in connection with this matter, that the parties may address it via stipulation.

IT IS FURTHER ORDERED that this Court will recommend to the Bureau of Prisons that Mr. McFeely serve his sentence at FCI Herlong in order to be near to his family. If FCI Herlong is not available, this court recommends to the Bureau of Prisons that he be able to serve his sentence at FCI Victorville.   IT IS SO ORDERED.

DATED this  20th  day of   October    2016.

_____
UNITES STATES DISTRICT JUDGE